**Gary COOPER, Plaintiff–Appellant,**

v.

**S. STARLING, Sergeant, Correctional
Officer; Sherwood R. McCabe,
Defendants–Appellees.**

**No. 03–6637.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 23, 2003.

Decided Aug. 12, 2003.

Gary Cooper, Appellant Pro Se. James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Gary Cooper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cooper v. Starling,* No. CA–02–250–5–BO (E.D.N.C. filed Jan. 8, 2003; entered Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*